PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**



FILED
JUN 10 2005
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:99CR00225-01 |
| ) | |
| JACOB SANCHEZ, JR. ) | |

On December 7, 2000, the above-named was placed on a term of Supervised Release for a period of 5 years. On May 6, 2005, this office was notified by Taft Correctional Institute that Jacob Sanchez, Jr. was confirmed dead by Warden Bernie Ellis on April 28, 2005 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

DAYNA D. WARD
United States Probation Officer

Reviewed by:

RICHARD A. ERTOLA
Supervising United States Probation Officer

---

### ORDER OF COURT

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this 9 day of June, 2005.

DAVID F. LEVI
Chief United States District Judge

**Attachment**

cc: Assistant United States Attorney
FLU Unit, AUSA's Office
Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35A.MRG



The GEO Group, Inc.

Taft Correctional Institution
1500 Cadet Road, PO Box 7000
Taft, California 93268

MAIN TEL 661 763 2510
FAX 661 765 3002
www.thegeogroupinc.com

April 28, 2005

Honorable David F. Levi
United States District Judge
Eastern District of California
650 Capital Mall
Sacramento, California 95814

RE:   Sanchez, Jacob Jr.
      Register Number: 02949-097
      Docket Number:  2:99CR00225 01

Dear Judge Levi:

Mr. Sanchez was sentenced in your court December 7, 2000, to serve a 144 month term for Conspiracy to Distribute Methamphetamine. Mr. Sanchez arrived at the Taft Correctional Institution-Satellite Camp (TCI-SCP) in Taft, California, on September 26, 2001. Mr. Sanchez was scheduled for release on November 16, 2009 via Good Conduct Time Release.

This letter is to inform you of Mr. Sanchez' passing. On April 28, 2005, TCI's Operations Lieutenant was notified by Kern Medical Center (KMC) hospital that Mr. Sanchez had passed away. The cause of death was respiratory failure secondary to massive subdural hemorrhage. Mr. Sanchez was pronounced dead by the KMC attending physician, Dr. Santucci at 0755 hours.

Should you desire further information regarding this incident, please do not hesitate to contact me at (661) 763-2510.

Sincerely,

*Bernie Ellis*

Bernie Ellis
Warden

cc:   Paul L. Seave, US Attorney, Eastern District of California
      Sue H. Sorum, CUSPO, Eastern District of California
      J.E. Gunja, Regional Director of the Western Region

RECEIVED
U.S. PROBATION OFFICE
MAY - 6 2005
EASTERN DISTRICT CALIFORNIA
BY: _____ SACRAMENTO

PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Docket Number: 2:99CR00225-01 |
| JACOB SANCHEZ, JR. ) | |

On December 7, 2000, the above-named was placed on a term of Supervised Release for a period of 5 years. On May 6, 2005, this office was notified by Taft Correctional Institute that Jacob Sanchez, Jr. was confirmed dead by Warden Bernie Ellis on April 28, 2005 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

DAYNA D. WARD
United States Probation Officer

Reviewed by: _____
RICHARD A. ERTOLA
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this _____ day of _____, 20____.

_____
DAVID F. LEVI
Chief United States District Judge

Attachment
cc: Assistant United States Attorney
  FLU Unit, AUSA's Office
  Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35A.MRG